966

No. 668.   UNITED STATES *v.* BENEDICT ET AL., TRUS-TEES, ET AL.   Court of Claims.   Certiorari granted. *Solicitor General Perlman* for the United States.   ■

No. 733.   UNITED STATES EX REL. KNAUFF *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZA-TION.   C. A. 2d Cir.   Certiorari granted.   *Gunther Jacobson* for petitioner.

No. 265, Misc.   SMITH *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari granted.   Petitioner *pro se.   Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 408, Misc.   HUGHES ET AL. *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF CONTRA COSTA. Supreme Court of California.   Certiorari granted.   *Bertram Edises* for petitioners.   *W. H. Orrick* for respondent. *Arthur J. Goldberg* and *Thomas E. Harris* filed a brief for the Congress of Industrial Organizations, as *amicus curiae,* urging reversal.

*Certiorari Denied.*

No. 600.   ARONSTAM *v.* NEW YORK CENTRAL RAIL-ROAD CO. ET AL.; and

No. 601.   EPPLER & CO. *v.* NEW YORK CENTRAL RAIL-ROAD CO. ET AL.   United States District Court for the Southern District of New York.   Certiorari denied. *Charles S. Aronstam, Arthur A. Ballantine* and *John M. Harlan* for petitioner in No. 600.   *George W. Jaques* for petitioner in No. 601.   *Gerald E. Dwyer* and *Samuel H. Hellenbrand* for the New York Central Railroad Co. et